[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14165
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 28, 2011
JOHN LEY
CLERK

D. C. Docket No. 8:08-cv-00882-EAK-TGW

SURE FILL & SEAL, INC.,
a Florida Corporation,

                    Plaintiff-Counter Defendant-Appellant,

versus

GFF, INC.,
a California Corporation,

                    Defendant-Counter Claimant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 28, 2011)

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Sure Fill & Seal, Inc., appeals the district court's order entered on August 4,

2010.  In short, the order enforced the parties' settlement agreement and denied Sure Fill & Seal's motion for sanctions against GFF, Inc., and its counsel, Brendan Thorpe, pursuant to Rules 11(c), 26(g), and 37(a)(5) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, the district court's inherent power, and state law. Sure Fill & Seal contends that the district court erred in enforcing the settlement agreement and concluding that the agreement precluded its motion for sanctions. It therefore asks that we vacate the order and remand the case "for a fuller consideration of Plaintiff's allegations of misconduct on the part of Attorney Thorpe and/or defendant GFF, Inc."  Appellant's brief at 44.

We find no merit at all in this appeal.  We agree with the district court's interpretation of the settlement agreement and the reasons stated for denying the motion for sanctions.

AFFIRMED.